# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162211(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

    SC: 162211

v
    COA: 350391
    Oakland CC: 2019-175232-AR

ALTON FONTENOT, JR.,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the joint motion of the Michigan Association of OWI Attorneys and the Michigan Medical Marihuana Association to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted within 21 days of the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020



Clerk